IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3055 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SCOTT JEFFREY HELMSTADTER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for Rule 35 hearing (filing 42) is granted;

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 41) has been set before the undersigned United States district judge on Thursday, December 15, 2005, at 8:45 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(3) At the request of the defendant through his counsel, the defendant will participate in the hearing by telephone. Defense counsel shall provide the undersigned's judicial assistant with the defendant's telephone number;

(4) The Marshal is directed not to return the defendant to the district;

(5) The defendant is held to have waived his right to be present;

(6) Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw;

(7) The Federal Public Defender shall provide CJA counsel with a new voucher;

(8) The Clerk of the Court shall provide a copy of this order to counsel for the government and counsel for the defendant. The undersigned's judicial assistant will provide a copy to the Federal Public Defender.

December 1, 2005. BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge